| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau, Attorney at Law (SBN 143391)<br>23564 Calabasas Road, Suite 104<br>Calabasas, CA 91302<br>Voice and Fax: (888)822-4340<br>Email: Lew@Landaunet.com |  |
| Attorney for Plaintiff, Alan Jay Baron | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Alan Jay Baron | |
|---|---|
| | Debtor. |
| Alan Jay Baron | CHAPTER 13 |
| Plaintiff(s), | CASE NUMBER 1:08-16222 KT |
| vs. | ADVERSARY NUMBER 1:08-01590 KT |
| U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc., | |
| Defendant(s). | (No Hearing Required) |

## REQUEST FOR ENTRY OF DEFAULT UNDER
## LOCAL BANKRUPTCY RULE 9021-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought *(Name)*: (1) U.S. Bank National Association as Trustee for the Benefit of Harborview 2005-16 Trust Fund; (2) ReconTrust Company, N.A.; (3) Mortgage Electronic Registration Systems, Inc.
2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: 11/12/08

3. The Summons and Complaint were served on Defendant by   ☐ Personal Service   ☒ Mail Service
   on the following date *(specify date)*: 11/24/08

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: 12/15/08

6. No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated: 12/18/08

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.* Respectfully submitted,

| Default entered on *(specify date)*: 12-18-08 | Lewis R. Landau, Attorney at Law |
|---|---|
| JON D. CERETTO<br>Clerk of the Bankruptcy Court<br>By: _____<br>Deputy Clerk | Firm Name<br>By: _____<br>Name: Lewis R. Landau<br>*Attorney for Plaintiff or Plaintiff* |

Rev. 5/98  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9021-1.2**

# Lewis R. Landau

**From:** cmecfhelpdesk@cacb.uscourts.gov
**Sent:** Monday, November 24, 2008 7:43 PM
**To:** Courtmail@cacb.uscourts.gov
**Subject:** 1:08-ap-01590-KT Summons Service Executed

**(A) IMPORTANT: PLEASE DO NOT REPLY TO THIS E-MAIL MESSAGE. Replies to this e-mail will not receive a response. All inquiries or requests must be directed to the ECF Support Center via email at** ECF_support@cacb.uscourts.gov **or by phone at (213) 894-2365.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. Bankruptcy Court

## Central District Of California

Notice of Electronic Filing

The following transaction was received from Landau, Lewis entered on 11/24/2008 at 7:42 PM PST and filed on 11/24/2008

**Case Name:** Baron v. U.S. Bank National Association, as Trustee, for th
**Case Number:** 1:08-ap-01590-KT
**Document Number:** 5

**Docket Text:**
Summons Service Executed on MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. 11/24/2008; Recontrust Company NA 11/24/2008; U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund 11/24/2008 (Landau, Lewis)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Lew\Desktop\Active Client Documents\Baron\Summons POS FAF Pr.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=11/24/2008] [FileNumber=22703541
-0] [26c38b8f0b8b6413e6c0ed81347a178a949a0cea9c0a394470ebb29e35354dac0
9a99e8d69be296fb861b0bb24cec340d571ebc1a09bd9aebca9ee48c8832e9d]]

**1:08-ap-01590-KT Notice will be electronically mailed to:**

Lewis R Landau    lew@landaunet.com

United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**1:08-ap-01590-KT Notice will not be electronically mailed to:**

1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau, Attorney at Law (SBN 143391)<br>23564 Calabasas Road, Suite 104<br>Calabasas, CA 91302<br>Voice and Fax: (888)822-4340<br>Email: Lew@Landaunet.com | NOV 14 2008 |
| Attorney for Plaintiff Alan Jay Baron | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Alan Jay Baron | CHAPTER 13 |
|---|---|
| | CASE NUMBER 1:08-16222 KT |
| Debtor. | ADVERSARY NUMBER 08-01590 KT |
| Alan Jay Baron<br>Plaintiff(s),<br>vs.<br>U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.,<br>Defendant(s). | (The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __12/15/08__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 1/20/09 | Time: 3:00 P.M. | Courtroom: 301 | Floor: 3rd Fl |
|---|---|---|---|

☐ 255 East Temple Street, Los Angeles  ☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills  ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 11/14/05

JON D. CERETTO
Clerk of the Bankruptcy Court

By: EMMA GONZALEZ
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)  F 7004-1

Lewis R. Landau (CA Bar No. 143391)
**Attorney-at-Law**
23564 Calabasas Road, Suite 104
Calabasas, California 91302
Voice and Fax: (888) 822-4340

Attorney for Alan Jay Baron, Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Alan Jay Baron,<br><br>Debtor.<br><br>Alan Jay Baron,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.,<br><br>Defendants. | Case No.: 1:08-16222 KT<br><br>Adversary No.: 1:08-01590 KT<br><br>Chapter 13<br><br>**NOTICE OF REQUIREMENT OF COMPLIANCE WITH LBR 7026-1 AND FRBP 7026**<br><br>Status Conference:<br>Date:     January 20, 2009<br>Time:    3:00 p.m.<br>Crtm:    301 |

*Please take notice* that compliance with Local Bankruptcy Rule 7026-1 and Federal Rule of Bankruptcy Procedure 7026 is required in this adversary proceeding.

Dated: November 24, 2008

                                                    **Lewis R. Landau**
                                                    **Attorney at Law**

                                                    By:*/s/ Lewis R. Landau*
                                                    Lewis R. Landau
                                                    Attorney for Debtor

Summons and Notice of Status Conference - *Page 2*    **F 7004-1**

| In re  Alan Jay Baron | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 1:08-16222 KT |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF Los Angeles

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:
   23564 Calabasas Road, Suite 104, Calabasas, CA 91302

2. ☒ **Regular Mail Service:** On 11/24/08, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as set forth below.

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

☒ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/24/08

| Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|
| *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*    **F 7004-1**

**In re Baron**
**Baron v. US Bank, et al.**
**Adv. No. 1:08-1590 KT**
**Summons, LBR 7026-1, Complaint**
**Proof of Service List**

ReconTrust Company, N.A.
c/o Countrywide Financial Corporation
The Prentice Hall Corporation System Inc
2730 Gateway Oaks Dr Ste 100
Sacramento CA 95833-3503

Al Seastrand
Agent for Service for MERS
2216 16TH St
Sacramento CA 95818-1511

Via Certified Mail: 7000 1530 0001 5677 5243
U.S. Bank, as Trustee FBO Harborview 2006-16 Trust Fund
c/o US Bancorp
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Mark T. Domeyer
Keenan E. McClenahan
Miles, Bauer, Bergstrom & Winters
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

Renee Friedman, Asst Secretary
RecontTrust Company, N.A.
Mortgage Electronic Registration Service, Inc.
1757 Tapo Canyon Road, SVW-88
Simi Valley, CA 93063

Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - *Page 2*  **F 9021-1.2**

| In re Alan Jay Baron | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 1:08-16222 KT |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA COUNTY OF Los Angeles

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows: 23564 Calabasas Road, Suite 104, Calabasas, CA 91302

On 12/18/08, I served the foregoing document described as: REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 9021-1 on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:

☒ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/18/08

Lewis R. Landau
*Type Name*                                             *Signature*

---

*Rev. 5/98* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.2**

**In re Baron**
**Baron v. US Bank, et al.**
**Adv. No. 1:08-1590 KT**
**Request for Entry of Default**
**Proof of Service List**

ReconTrust Company, N.A.
c/o Countrywide Financial Corporation
The Prentice Hall Corporation System Inc
2730 Gateway Oaks Dr Ste 100
Sacramento CA 95833-3503

Al Seastrand
Agent for Service for MERS
2216 16TH St
Sacramento CA 95818-1511

U.S. Bank, as Trustee FBO Harborview 2006-16 Trust Fund
c/o US Bancorp
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Mark T. Domeyer
Keenan E. McClenahan
Tami Crosby
Miles, Bauer, Bergstrom & Winters
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

Renee Friedman, Asst Secretary
RecontTrust Company, N.A.
Mortgage Electronic Registration Service, Inc.
1757 Tapo Canyon Road, SVW-88
Simi Valley, CA 93063